IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| PHILLIP WHITLOCK,<br><br>　　　　　Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | *<br>*<br>*　Case No. 3:20-cv-142-MSH<br>*<br>*<br>* |

## J U D G M E N T

Pursuant to this Court's Order dated August 23, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 23rd day of August, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk